# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Teel, Jr., Samuel M. | U.S. Bankr. Ct. D.D.C. | 04/01/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States Courthouse
333 Constitution Ave., N.W.
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Salary from U.S. Department of State |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 10/25/2016 to 10/28/2016 | San Francisco, CA | Membership Committee meeting and attend NCBJ Annual Meeting | Part of hotel room charges. |
| 2. | Maryland Bankruptcy Bar Association | 05/13/2016 to 05/14/2016 | Annapolis, MD | Annual Spring Break Meeting | Hotel room, breakfast, lunch. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 04/01/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 04/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1B | | | | | | | | | |
| 2. Schwab Govt Money Fund and cash swept therein | A | Dividend | N | T | | | | | |
| 3. Abbott Labs Inc (ABT) | A | Dividend | | | Sold (part) | 02/09/16 | J | | No gain on this block. |
| 4. | | | | | Sold (part) | 02/09/16 | J | A | |
| 5. | | | | | Sold (part) | 06/21/16 | J | B | |
| 6. | | | | | Sold (part) | 06/21/16 | J | A | |
| 7. | | | | | Sold | 06/21/16 | J | A | |
| 8. A O N PLC | A | Dividend | J | T | Buy | 03/08/16 | J | | |
| 9. Accenture PLC CL A | A | Dividend | K | T | | | | | |
| 10. Acuity Brands, Inc. | A | Dividend | K | T | Buy | 9/23/16 | K | | |
| 11. | | | | | Buy (add'l) | 12/09/16 | J | | |
| 12. Advansix (Spinoff from Honeywell) | | None | | | Sold | 12/08/16 | J | A | |
| 13. Air Products & Chemicals | A | Dividend | K | T | Distributed (part) | 10/11/16 | J | | Spinoff Versum Materials |
| 14. Alphabet Inc. (New Name for Google Inc. CL A VTG) | | None | K | T | | | | | |
| 15. Ametek Inc. New (AME) | A | Dividend | J | T | | | | | |
| 16. Amgen Inc. | A | Dividend | K | T | Buy (add'l) | 06/02/16 | J | | |
| 17. Amphenol Corp Class A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ANSYS INC (ANSS) | | None | K | T | | | | | |
| 19. Apple Computer (AAPL) | A | Dividend | K | T | | | | | |
| 20. Automatic Data Processing Inc (ADP) | A | Dividend | K | T | | | | | |
| 21. Autozone Inc.(AZO) | | None | K | T | | | | | |
| 22. Becton Dickinson & Co. | A | Dividend | K | T | | | | | |
| 23. Celegene Corp (CELG) | | None | K | T | | | | | |
| 24. Cerner Corp. | | None | | | Buy | 8/12/16 | K | | |
| 25. | | | | | Sold (part) | 12/08/16 | J | | No gain. |
| 26. | | | | | Sold | 12/15/16 | J | | No gain. |
| 27. Check Point Software | | None | K | T | | | | | |
| 28. Church & Dwight Co. Inc. (CHD) | A | Dividend | K | T | Sold (part) | 06/21/16 | J | B | |
| 29. Comcast | A | Dividend | K | T | | | | | |
| 30. Costco Wholesale | A | Dividend | J | T | Buy | 08/12/16 | J | | |
| 31. CR Bard | A | Dividend | K | T | Buy | 03/22/16 | K | | |
| 32. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 33. CVS HEALTH CORP | A | Dividend | | | Sold (part) | 10/28/16 | J | | No gain. |
| 34. | | | | | Sold (part) | 11/15/16 | J | | No gain. |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 04/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 12/08/16 | J | | No gain. |
| 36. Danaher Corp. Del. (DHR) | A | Dividend | K | T | Distributed (part) | 07/15/16 | J | | Spinoff of Fortive |
| 37. Davita Corp. | | None | | | Sold | 01/21/16 | K | B | |
| 38. Dr. Pepper Snapple Group | A | Dividend | K | T | | | | | |
| 39. Ecolab Inc. (ECL) | A | Dividend | K | T | Sold (part) | 06/21/16 | J | B | |
| 40. Equifax Inc. | A | Dividend | K | T | Buy | 02/18/16 | K | | |
| 41. | | | | | Buy (add'l) | 12/09/16 | J | | |
| 42. Facebook Inc. | | None | J | T | Buy | 12/09/16 | J | | |
| 43. Fiserv Inc (FISV) | | None | K | T | | | | | |
| 44. Fortive Corp. (Spinoff from Danaher Corp.) | A | Dividend | J | T | | | | | |
| 45. GILEAD SCIENCES INC | A | Dividend | | | Sold | 08/12/16 | K | | No gain. |
| 46. Harris Corp. | | None | J | T | Buy | 12/09/16 | J | | |
| 47. Home Depot Inc. | | None | J | T | Buy | 12/09/16 | J | | |
| 48. HONEYWELL INTL INC | A | Dividend | K | T | Buy (add'l) | 03/22/16 | J | | |
| 49. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 50. | | | | | Distributed (part) | 10/01/16 | J | | Spinoff of AdvanSix |
| 51. Idexx Labs Inc. (IDXX) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 04/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Intuit (INTU) | A | Dividend | K | T | | | | | |
| 53. Lab Co. of Amer. Hldg. | A | Dividend | K | T | Buy | 08/12/16 | J | | |
| 54. | | | | | Buy (add'l) | 12/09/16 | J | | |
| 55. McCormick & Co Inc Non-Voting (MKC) | A | Dividend | K | T | Sold (part) | 06/21/16 | J | C | |
| 56. METTLER TOLEDO INTL | | None | K | T | Buy (add'l) | 03/22/16 | J | | |
| 57. Nike Inc. Class B Common (NKE) | A | Dividend | K | T | | | | | |
| 58. Novartis AG Spon ADR | A | Dividend | | | Sold (part) | 02/09/16 | J | | No gain. |
| 59. | | | | | Sold | 08/24/16 | J | A | |
| 60. Novo Nordisk ADR (NVO) | A | Dividend | | | Sold (part) | 08/24/16 | J | C | |
| 61. | | | | | Sold (part) | 10/05/16 | J | C | |
| 62. | | | | | Sold (part) | 10/28/16 | J | B | |
| 63. | | | | | Sold | 11/15/16 | J | B | |
| 64. PPG Industries Inc. | A | Dividend | K | T | Buy (add'l) | 06/29/16 | J | | |
| 65. Praxair Inc. (PX) | A | Dividend | | | Sold | 01/21/16 | J | C | |
| 66. Public Storage Inc.(PSA) (appears under "Other Assets" on broker st't) | A | Dividend | J | T | Sold (part) | 10/05/16 | K | C | |
| 67. Roper Inds. Inc. New (ROP) (carried by broker as Roper Technologies) | A | Dividend | K | T | Sold (part) | 06/21/16 | J | B | |
| 68. RPM INTERNATIONAL | A | Dividend | K | T | Buy (add'l) | 03/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 04/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Schein Henry Inc. (HSIC) | | None | K | T | | | | | |
| 70. Schlumberger Ltd. | | None | | | Buy | 11/18/16 | K | | |
| 71. | | | | | Sold | 12/08/16 | K | A | |
| 72. SNAP ON INC | A | Dividend | K | T | Buy (add'l) | 03/22/16 | J | | |
| 73. Starbucks Corp. | A | Dividend | K | T | Buy (add'l) | 06/29/16 | J | | |
| 74. Stericycle Inc. (SRCL) | | None | | | Sold (part) | 08/01/16 | J | | No gain on this block. |
| 75. | | | | | Sold (part) | 08/01/16 | J | A | |
| 76. | | | | | Sold | 08/24/16 | J | C | |
| 77. Taiwan Semiconductors ADR | | None | K | T | Buy | 06/29/16 | K | | |
| 78. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 79. Thermo Fisher Scientific Inc. (TMO) | A | Dividend | K | T | | | | | |
| 80. Toro Co (TTC) | A | Dividend | K | T | | | | | |
| 81. United Technologies Corp. (UXT) | A | Dividend | | | Sold | 12/08/16 | J | C | |
| 82. VF Corp. | A | Dividend | | | Sold (part) | 02/09/16 | J | | No gain. |
| 83. | | | | | Sold | 10/05/16 | J | | No gain. |
| 84. Versum Materials (spinoff from Air Products) | | None | | | Sold | 12/08/16 | J | A | |
| 85. W P P PLC | A | Dividend | J | T | Buy | 03/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 04/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. W W Grainger Inc. (GWW) | A | Dividend | | | Sold | 01/21/16 | J | B | |
| 87. COLORADO SPRINGS CO UTIL 4.75% DUE 11-15-25 | C | Interest | L | T | | | | | |
| 88. El Paso Co., Colorado Sch. Dist. Rev. 5% due 12/15/16 | B | Interest | | | Redeemed | 12/15/16 | K | | No gain. |
| 89. Northside IDS 5.25% due 08/15/19 | C | Interest | L | T | | | | | |
| 90. Pa. St. Tpk. due 06/01/2020 | C | Interest | L | T | | | | | |
| 91. PENNSYLVANIA ST 5% due 06/01/24 | B | Interest | L | T | | | | | |
| 92. PittsburghPA SCD Ref Ser D 5% due 09-01-22 mislisted last year as due | B | Interest | K | T | | | | | |
| 93. 06-01-20 | | | | | | | | | |
| 94. Port Olympia, Washington 5.5% due 12/01/16 | C | Interest | | | Redeemed | 12/01/16 | K | | No gain. |
| 95. Princeton NJ Regl. Sch. Dist. Rev. dtd 07/03/09 4.000% due | A | Interest | K | T | | | | | |
| 96. 02/01/18 (mislisted last year as due 02/01/08) | | | | | | | | | |
| 97. Schertz-Cibolo-Unvl City TX Indpt SC 5% due 02-01-25 | A | Interest | K | T | Buy | 04/27/16 | K | | |
| 98. South Portland ME School Dist. Rev. 05-30-2012 4% 7-15-2021 | B | Interest | L | T | | | | | |
| 99. Washington St. Gen. Oblig. 4% due 07/01/20 | B | Interest | L | T | | | | | |
| 100. | | | | | | | | | |
| 101. BROKERAGE ACCOUNT NO. 2 | | | | | | | | | |
| 102. Schwab Govt. Money Fund and cash to be swept therein. | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 04/01/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. A O N PLC | A | Dividend | J | T | Buy | 03/08/16 | J | | |
| 104. Abbott Labs Inc | A | Dividend | | | Sold (part) | 02/09/16 | J | A | |
| 105. | | | | | Sold | 06/21/16 | J | A | |
| 106. Accenture PLC CL A | A | Dividend | J | T | | | | | |
| 107. Acuity Brands Inc. | A | Dividend | J | T | Buy | 09/23/16 | J | | |
| 108. AdvanSix Inc. (spinoff from Honeywell) | | None | | | Sold | 12/08/16 | J | A | |
| 109. AIR PROD & CHEMICALS | A | Dividend | J | T | Distributed (part) | 10/11/16 | J | | Spinoff of Versum Material |
| 110. Alphabet Inc. | | None | J | T | Buy | 03/08/16 | J | | |
| 111. Ametek Inc New (AME) | A | Dividend | J | T | Sold (part) | 08/31/16 | J | A | |
| 112. Amgen | A | Dividend | J | T | | | | | |
| 113. Amphenol Corp New CL A | A | Dividend | J | T | Buy (add'l) | 08/12/16 | J | | |
| 114. Ansys Inc. | | None | J | T | Buy | 08/12/16 | J | | |
| 115. Apple Computer (AAPL) | A | Dividend | J | T | | | | | |
| 116. Automatic Data Processing Inc | A | Dividend | J | T | | | | | |
| 117. Becton Dickinson & Co. | A | Dividend | J | T | Buy | 09/02/16 | J | | |
| 118. Celegene Corp | | None | J | T | | | | | |
| 119. Cerner Corp. | | None | | | Buy | 08/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 04/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 12/08/16 | J | | No gain. |
| 121. Check Point Software | | None | J | T | Buy | 03/08/16 | J | | |
| 122. Comcast Corp. Class A | A | Dividend | J | T | | | | | |
| 123. Costco Wholesale | A | Dividend | J | T | Buy | 08/12/16 | J | | |
| 124. CR Bard Inc. | A | Dividend | J | T | Buy | 3/22/16 | J | | |
| 125. DAVITA HEALTHCARE PTNR | | None | | | Sold | 01/21/16 | J | A | |
| 126. Ecolab Inc. (ECL) | A | Dividend | J | T | Donated (part) | | | | |
| 127. | | | | | Sold (part) | 06/21/16 | J | B | |
| 128. Equifax Inc. | A | Dividend | J | T | Buy | 2/18/16 | J | | |
| 129. | | | | | Buy (add'l) | 12/09/16 | J | | |
| 130. Express Scripts Hldg | | None | | | Sold | 01/21/16 | J | C | |
| 131. Facebook Inc. Cl A | | None | J | T | Buy | 12/09/16 | J | | |
| 132. Fiserv Inc (FISV) | | None | J | T | | | | | |
| 133. GILEAD SCIENCES INC | A | Dividend | | | Buy (add'l) | 3/22/16 | J | | |
| 134. | | | | | Sold | 08/12/16 | J | | No gain. |
| 135. Harris Corp. | | None | J | T | Buy | 12/09/16 | J | | |
| 136. Home Depot Inc. | | None | J | T | Buy | 12/09/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 04/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. HONEYWELL INTL INC | A | Dividend | J | T | Buy (add'l) | 09/02/16 | J | | |
| 138. | | | | | Distributed (part) | 10/01/16 | J | | Spin off AdvanSix. |
| 139. Idexx Labs Inc. (IDXX) | | None | K | T | | | | | |
| 140. Intuit (INTU) | A | Dividend | J | T | | | | | |
| 141. Lab Co of Amer Hldg (LH) | | None | J | T | Buy | 08/12/16 | J | | |
| 142. | | | | | Buy (add'l) | 12/09/16 | J | | |
| 143. METTLER TOLEDO INTL F | | None | J | T | | | | | |
| 144. Novartis AG ADR | A | Dividend | | | Sold (part) | 02/09/16 | J | | No gain. |
| 145. | | | | | Sold | 08/24/16 | J | A | |
| 146. Novo Nordisk ADR (NVO) | A | Dividend | | | Sold (part) | 08/24/16 | J | A | |
| 147. | | | | | Sold (part) | 10/05/16 | J | B | |
| 148. | | | | | Sold (part) | 10/28/16 | J | A | |
| 149. | | | | | Sold | 11/15/16 | J | A | |
| 150. Nuance Communications, Inc. (NUAN) | | None | J | T | | | | | |
| 151. PPG Industries Inc. | A | Dividend | J | T | | | | | |
| 152. Praxair Inc. (PX) | | None | | | Sold | 01/21/16 | J | A | |
| 153. Public Storage Inc. (PSA) (Broker st't lists under "Other Assets") | A | Dividend | J | T | Sold (part) | 10/05/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 04/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Roper Indus. Inc. (ROP) | A | Dividend | J | T | Sold (part) | 06/21/16 | J | B | |
| 155. RPM INTERNATIONAL | A | Dividend | J | T | Buy (add'l) | 03/22/16 | J | | |
| 156. SCHEIN HENRY INC (HSIC) | | None | J | T | | | | | |
| 157. Schlumberger Ltd. | | None | | | Buy | 11/18/16 | J | | |
| 158. | | | | | Sold | 12/08/16 | J | A | |
| 159. SNAP ON INC | A | Dividend | J | T | Buy (add'l) | 03/22/16 | J | | |
| 160. STARBUCKS CORP | A | Dividend | J | T | | | | | |
| 161. Stericycle Inc (SRCL) | | None | | | Sold (part) | 08/01/16 | J | | No gain. |
| 162. | | | | | Sold | 08/24/16 | J | A | |
| 163. Taiwan Semiconductor F ADR | | None | J | T | Buy | 09/02/16 | J | | |
| 164. Thermo Fisher (TMO) | A | Dividend | J | T | | | | | |
| 165. Toro Co (TTC) | A | Dividend | K | T | | | | | |
| 166. United Technologies Corp. (UTX) | A | Dividend | | | Sold (part) | 08/24/16 | J | B | |
| 167. | | | | | Sold | 12/08/16 | J | B | |
| 168. Versum Materials (Spinoff from Air Products) | | None | | | Sold | 12/08/16 | J | A | |
| 169. WP P PLC F (WPPGY) | A | Dividend | J | T | | | | | |
| 170. WW Grainger Inc. GWW) | | None | | | Sold | 01/21/16 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. El Paso County, Colorado Sch. Dist. revenue 5% Due 12/15/16 | B | Interest | | | Redeemed | 12/15/16 | K | | No gain. |
| 172. Maine St. Muni Bond Bank Rev. Bond 5% to 11//01/20 | B | Interest | K | T | | | | | |
| 173. Pa. State 5%16 GO due 11/01/16 | B | Interest | | | Redeemed | 11/01/16 | K | | No gain. |
| 174. Pa. State GO 5.000% due 10/01/22 | B | Interest | | | Redeemed | 10/03/16 | K | | No gain. |
| 175. Pa. St G/O 5% due 04-01-26 | | None | J | T | Buy | 12/06/16 | K | | |
| 176. Va. Commonwealth 5% due 06/01/19 | B | Interest | K | T | | | | | |
| 177. WASHINGTON ST 4% VP DUE 07/01/20 | A | Interest | K | T | | | | | |
| 178. | | | | | | | | | |
| 179. MUTUAL FUND HELD WITH MUTUAL FUND CO. DIRECTLY | | | | | | | | | |
| 180. Fidelity Puritan Fund | A | Dividend | K | T | | | | | |
| 181. --Capital gain distributions | A | Distribution | | | | | | | |
| 182. BANK ACCOUNTS: | | | | | | | | | |
| 183. Wells Fargo money mkt. Acct. | A | Interest | K | T | | | | | |
| 184. Wells Fargo (Wachovia Bank) checking account | A | Interest | J | T | | | | | |
| 185. State Dept. Fed. Credit Union | A | Interest | K | T | | | | | |
| 186. Justice Dept. FCU | A | Interest | J | T | | | | | |
| 187. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 04/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. IRA ACCOUNT NO. 1: | | | | | | | | | |
| 189. --Schwab Govt. Money Fund | | None | J | T | | | | | |
| 190. --Abbott Labs. | A | Dividend | | | Sold (part) | 02/09/16 | J | | No gain. |
| 191. | | | | | Sold | 06/21/16 | J | | No gain. |
| 192. --Ametek Inc New | A | Dividend | J | T | | | | | |
| 193. --Amphenol Corp. Class A | A | Dividend | J | T | | | | | |
| 194. --ANSYS INC | | None | J | T | | | | | |
| 195. --Autozone Inc. | | None | J | T | | | | | |
| 196. --Church & Dwight Inc | A | Dividend | J | T | | | | | |
| 197. --Comcast | A | Dividend | J | T | | | | | |
| 198. --Costco | A | Dividend | J | T | Buy | 08/12/16 | J | | |
| 199. --C R Bard | A | Dividend | J | T | Buy | 09/02/16 | J | | |
| 200. --Intuit | A | Dividend | J | T | | | | | |
| 201. --Lab Co. of Amer. Hldg. | | None | J | T | Buy | 08/12/16 | J | | |
| 202. --Novartis AG ADR | A | Dividend | | | Sold | 02/09/16 | J | | No gain. |
| 203. RPM Int'l | A | Dividend | J | T | Buy | 06/29/16 | J | | |
| 204. --Stericycle Inc | | None | | | Sold (part) | 08/01/16 | J | | No gain. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold | 08/24/16 | J | A | |
| 206. --Taiwan Semiconductor | | None | J | T | Buy | 06/29/16 | J | | |
| 207. --Target Corp bond 3.875% 07/15/2020 | A | Interest | K | T | | | | | |
| 208. --Thermo Fisher Scientific | A | Dividend | J | T | | | | | |
| 209. --Toro Co. | A | Dividend | J | T | Buy | 06/29/16 | J | | |
| 210. | | | | | | | | | |
| 211. IRA ACCOUNT NO. 2: | | | | | | | | | |
| 212. --Schwab Govt. Money Fund | A | Dividend | J | T | | | | | |
| 213. --APPLE INC 2.85%23 DUE 02/23/23 | | None | J | T | Buy | 12/01/16 | J | | |
| 214. --Baxter International 5.9% Bond due 09/01/16 | B | Interest | | | Redeemed | 09/01/16 | K | | No gain. |
| 215. --MICROSOFT CORP 4.2%19 DUE 06/01/19 | A | Interest | J | T | Buy | 09/15/16 | J | | |
| 216. --Abbott Labs | A | Dividend | | | Sold (part) | 02/09/16 | J | | No gain. |
| 217. | | | | | Sold | 06/21/16 | J | | No gain. |
| 218. --Acuity Brands Inc. | | | J | T | Buy | 09/23/16 | J | | |
| 219. --AdvanSix Inc.(Spinoff from Honeywell) | | None | | | Sold | 12/08/16 | J | | No gain. |
| 220. --Ametek Inc. New | A | Dividend | | | Sold | 08/31/16 | J | A | |
| 221. --Ansys | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. --Autozone Inc. | | None | J | T | | | | | |
| 223. --Becton Dickinson & Co. | A | Dividend | J | T | Buy | 09/02/16 | J | | |
| 224. --Church & Dwight | A | Dividend | J | T | | | | | |
| 225. --Comcast | A | Dividend | J | T | | | | | |
| 226. --Costco Wholesale | A | Dividend | J | T | Buy | 08/12/16 | J | | |
| 227. --CVS HEALTH CORP | A | Dividend | | | Sold | 11/15/16 | J | | No gain. |
| 228. --Davita Healthcare Prtners Inc. | | None | | | Sold | 01/21/16 | J | A | |
| 229. --Express Scripts Hldg | | None | | | Sold | 01/21/16 | J | A | |
| 230. --Fiserv Inc. | | None | J | T | | | | | |
| 231. --GILEAD SCIENCES INC | A | Dividend | | | Sold | 08/12/16 | J | | No gain. |
| 232. --HONEYWELL INTL INC | A | Dividend | J | T | Distributed (part) | 10/01/16 | J | | Spinoff of AdvanSix Inc. |
| 233. --Laboratory Corp. of America Hldgs. | | None | J | T | Buy | 08/12/16 | J | | |
| 234. --McCormick & Co. Inc Non Voting | A | Dividend | J | T | | | | | |
| 235. --Nike Inc. Class B | A | Dividend | J | T | | | | | |
| 236. --Novartis AG ADR | A | Dividend | | | Sold | 02/09/16 | J | | No gain. |
| 237. --RPM INTERNATIONAL | A | Dividend | J | T | | | | | |
| 238. --Schein Henry Inc. | | None | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 04/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. --Schlumberger Ltd. | | None | J | T | Buy | 11/18/16 | J | | |
| 240. --Starbucks Corp. | A | Dividend | J | T | | | | | |
| 241. --Taiwan Semiconductor Mfg ADR | | None | J | T | Buy | 09/02/16 | J | | |
| 242. | | | | | | | | | |
| 243. | | | | | | | | | |
| 244. INSURANCE POLICIES (CASH SURRENDER VALUES): | | | | | | | | | |
| 245. Mass Mutual Life Ins. Co. (S is insured) | B | Dividend | L | T | | | | | |
| 246. Mass. Mutual Life Ins. Co. (I am insured) | B | Dividend | L | T | | | | | |
| 247. General American Life Ins. Co. | | None | K | T | | | | | |
| 248. | | | | | | | | | |
| 249. REAL PROPERTIES: | | | | | | | | | |
| 250. House No. 1 ("O/C") in Chesterfield Co., Va. | D | Rent | M | S | | | | | |
| 251. Assessed at 100% of value, at $186,400 as of 01/01/2017 | | | | | | | | | |
| 252. House, Richmond, Va. Assessed on June 25, 2016 | D | Rent | M | S | | | | | |
| 253. at 100% of value as of 01/01/2017 at $168,000 | | | | | | | | | |
| 254. House, Property No. 2 in Chesterfield Co., Va. | D | Rent | M | S | | | | | |
| 255. Assessed January 1, 2017, at $211,900 at 100% of value | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 04/01/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 04/01/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Samuel M. Teel, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544